1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

10

11

RAMIRO QUILES,

Petitioner,

v.

MIKE KNOWLES, Warden,

Respondent.

Case No. CV 06-5232-VBF (JWJ)

ORDER ADOPTING
REPORT AND
RECOMMENDATION
OF UNITED STATES
MAGISTRATE JUDGE

18

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant
Petition along with the attached Report and Recommendation of the United States
Magistrate Judge, and has made a de novo determination of the Report and
Recommendation.

    IT IS ORDERED that a Judgment be issued denying the instant Petition and
dismissing the action with prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this
Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED:   November 16, 2009

_Valerie Baker Fairbank_

VALERIE BAKER FAIRBANK
United States District Judge