UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RAMIRO QUILES,<br><br>        Petitioner,<br><br>  v.<br><br>MIKE KNOWLES, Warden,<br><br>        Respondent. | Case No. CV 06-5232-VBF (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: November 16, 2009

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
United States District Judge